

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 20, 2025

**BY ECF & EMAIL**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Arthur Petrov*, 24 Cr. 583 (AKH)

Dear Judge Hellerstein:

> *The pre-trial conference is adjourned until April 23, 2025 at 10:00 a.m.; Time is excluded, in the interest of justice.*
> /s/ Alvin K. Hellerstein
> X_____ 2/21/2025

The Government writes to request jointly on behalf of the parties an approximately 60-day adjournment of the status conference currently scheduled for Wednesday, February 26, 2024 at 10:00 a.m., in the above-referenced case for the reasons set forth below.

The was some delay in the Government's production of discovery, which includes materials obtained from multiple email accounts pursuant to search warrants. The defense accordingly requires more time to review such discovery. Among the email accounts at issue is the defendant's own account, the entirety of which has been produced to the defense. The other email accounts, however, are not the defendant's, and have undergone a responsive review for items within the scope of the Government's search warrants. That review is complete, and the Government is preparing to make a second production of such materials. A significant proportion of the emails from all accounts, however, are in Russian, and the Government is further working to obtain, if possible, a machine translation of such materials for the benefit of the review by defense. The adjournment will allow more time for the Government to complete its production of discovery and for the defense to review it. This is the first such request for an adjournment of a status conference in the case.

The parties have conferred regarding their collective availability for a rescheduled status conference, and all are available on April 22, 2025 before 3:00 p.m. as well as generally available on April 23, 24, and 25, 2025. Upon consulting the Court's deputy, the parties understand that the Court has some availability on those dates for a status conference.

Finally, the Government also respectfully requests, with defense counsel's consent, that the time between February 26, 2025 and the next status conference, to be scheduled by the Court, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), upon consideration of the interests of the public and the defendant in a speedy trial, in order to allow more time for the Government to complete is production of discovery, the defense more time to

*U.S. v. Petrov*, 24 Cr. 583 (AKH)  Page 2
Hon. Alvin K. Hellerstein
February 20, 2025

review such discovery, and for the parties to explore whether there is any possibility of a pretrial resolution of the cases.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

by: _____
Kevin Sullivan
Assistant United States Attorney
(212) 637-1587

cc:   All Counsel (*by ECF & Email*)